1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LISA MARIE BELYEW,                    No.  2:19-cv-0294 AC P

12                Petitioner,

13        v.                               ORDER

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                 Respondent.
16

17        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an

18   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.  The matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

20   302.

21        Before this court is petitioner's motion to amend the petition.  ECF No. 5.  For the reasons

22   stated below, the court shall grant the motion.

23        On December 28, 2020, in Belyew v. Pallares, No. 2:20-cv-2503 KJN P ("Belyew II"),

24   the magistrate judge assigned to that action determined that petitioner was challenging the same

25   conviction that she is challenging in the instant action, which is earlier-filed.  See Belyew II, ECF

26   No. 7 at 1.  As a result, the magistrate judge directed the Clerk of Court to file the original

27   ////

28                                        1

1  petition in Belyew II as a motion to amend in the instant action.  See Belyew II, ECF No. 7 at 2.

2  Thereafter, Belyew II was closed.  See Belyew II, ECF No. 7 at 2.

3       The court agrees that the original petition in this case and the original petition presented in

4  Belyew II, the subject of the instant motion, stem from the same conviction.  Compare ECF No.

5  1, with Belyew II, ECF No. 1.  The motion to amend the petition accordingly will be granted.

6       Accordingly, IT IS HEREBY ORDERED that:

7     1.  Petitioner's motion to amend the petition (ECF No. 5) is GRANTED, and

8     2.  The Clerk of Court is directed to add the petition in the motion to amend (see ECF No.

9  5) to the docket as a separate entry, and to identify it as petitioner's first amended petition.

10  DATED: February 1, 2021

11

12  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2