UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MIKE PALLARES,<br><br>　　　　　Respondent. | No.  2:19-cv-0294 JAM AC P<br><br><br>ORDER |

Petitioner has requested a sixty-day extension of time to file a response to respondent's motion to dismiss.  See ECF No. 27.  In support of the request, petitioner states that she needs additional time to thoroughly research respondent's arguments and draft a reply.  Petitioner also states that due to the COVID-19 pandemic, access to the prison law library has been restricted.  See id. at 1-2.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 27) is GRANTED, and

2. Petitioner shall file a response to the motion to dismiss within sixty days from the date of this order.

DATED: April 20, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE