# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE BELYEW, | No. 2:19-cv-00294 DAD AC |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 70) is granted.

2. Petitioner may file a traverse within ninety days from the date of this order.

3. The matter will be deemed submitted on the papers after the expiration of the extended deadline.

DATED: March 7, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE