UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE PEREZ, formerly known as Lisa Marie Belyew,<br>Petitioner,<br>v.<br>LAVELLE PARKER, Warden,<br>Respondent. | No. 2:19-cv-00294-DAD-AC (HC)<br><u>ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY AS MOOT</u><br>(Doc. No. 88) |

Petitioner Lisa Marie Perez is a state prisoner who proceeded *pro se* and *in forma pauperis* before this court with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. On September 10, 2025, the undersigned issued an order denying that petition on the merits and declining to issue a certificate of appealability. (Doc. Nos. 84.) On September 15, 2025, petitioner filed a notice of appeal and a request for a certificate of appealability from the Ninth Circuit Court of Appeal. (Doc. Nos. 86, 88.) The latter was erroneously docketed as a motion directed to this court. In any event, on April 28, 2026, petitioner's motion for a certificate of appealability was denied by order of the Ninth Circuit. (Doc. No. 92.)

/////

/////

/////

Accordingly, the Clerk of the Court is directed to terminate petitioner's request for a certificate of appealability (Doc. No. 88), as having been rendered moot by the Ninth Circuit's April 28, 2026 order denying the request for a certificate of appealability.

IT IS SO ORDERED.

Dated: **September 21, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE